**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**
**CASE NUMBER: 4:17-cv-00999-RBH**

| | |
|---|---|
| Lauren Murphy,<br><br>         Plaintiff,<br><br>vs.<br><br>Alexander Torres, Ricardo A. Francis, Ryan Burlingham and Veronica Sumpter Richardson<br><br>         Defendants, | **ORDER GRANTING**<br>**JOINT MOTION TO REMAND** |

This case is before the Court on the parties' Joint Motion to Remand.

1. The Plaintiff has verified through Responses to Defendant Francis' Second Set of Requests to Admit that the amount in controversy does not exceed $75,000 exclusive of interest and costs.

2. Based on the Responses, the parties have jointly moved to remand the case to the Dillon County Court of Common Pleas.

The Court hereby **ORDERS** that this civil action be remanded to the Dillon County Court of Common Pleas.

June 7, 2017                     s/ R. Bryan Harwell
Florence, South Carolina             R. Bryan Harwell
                           United States District Judge